Kyle Wallor (Nebraska Bar No. 21346)
LAMSON, DUGAN AND MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
Phone: (402) 397-7300

Barry N. Gutterman (BG6410)
BARRY N. GUTTERMAN & ASSOCIATES, P.C.
60 East 42nd Street, 46th Floor
New York, New York 10165
Phone: 212-983-1466
Email: BNGASSC@AOL.COM
Attorneys for Defendant
Union Pacific Railroad Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: UNION PACIFIC TRAIN DERAILMENT AT TYRONE, OKLAHOMA, ON APRIL 21, 2005 | 08 MD 1936 (BJS)(DF)<br><br>RESPONSE TO MOTION FOR RECONSIDERATION AND IN SUPPORT OF MOTION FOR RECONSIDERATION |

COMES NOW, Union Pacific Railroad Company, and hereby supports and joins in the Motion for Reconsideration and the points made within the Motion for Reconsideration filed by "K" Line America, Inc., and Kawasaki Kisen Kaisha, Ltd. and dated June 18, 2008.

WHEREFORE Union Pacific Railroad Company respectfully requests the Court grant the Motion for Reconsideration filed by "K" Line America, Inc., and Kawasaki Kisen Kaisha, Ltd.

Dated this 23rd day of June, 2008.

UNION PACIFIC RAILROAD COMPANY, Defendant,

By: _____
Kyle Wallor, Nebraska Bar No. 21346
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
(402) 397-7300

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I electronically filed the forgoing with the clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

**Indemnity Ins. Co. (No. 06-0615), Federal Insurance (No. 06-3038), Royal & Sun (No. 06-2557), Mistui Sumitomo (No. 06-2956), ACK Controls (No. 06-3040)**
David L. Mazaroli                           dlm@mazarolilaw.com

**K-Line America, Inc. and Kawasaki Kisen Kaisha, Ltd.**
John D. Kimball                             jkimball@blankrome.com
David D. Jensen                             djensen@blankrome.com

**World Commerce Services, LLC**
Kenneth N. Wolf                             KWolf@strtrade.com

**Tokio Marine, et al. (No. 06-5159)**
Keith B. Dalen                              KDalen@hillrivkins.com
Christopher Panagos                         cpanagos@hillrivkins.com

**Navigators Management Co. (No. 06-3042)**
Lawrence C. Glynn, Esq.                     lglynn@nicolettihornig.com

**Philips PC Peripherals (No. 06-2962)**
Edward C. Radzik                            eradzik@mcdermottradzik.com
                                            tdesimone@mcdermottradzik.com

**Horizon Intermodal Express**
James W. Carbin                             jwcarbin@duanemorris.com
A. Ryder                                    amryder@duanemorris.com

**Cargo Channel Services Ltd.**
Henry P. Gonzalez, LL.M.                    gonzalez@rofgw.com

By:     /s/Kyle Wallor
        Kyle Wallor (KW4183)
        William M. Lamson, Jr. (WL1837)
        LAMSON, DUGAN, AND MURRAY LLP